JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRUCE THORNS,

                 Petitioner,

    v.

STU SHERMAN, Warden,

                 Respondent.

Case No. CV 17-1852-AG (LAL)

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 30, 2019

                               HONORABLE ANDREW J. GUILFORD
                               UNITED STATES DISTRICT JUDGE